UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA,                     :
                                              :
                                              :          25 Cr. 553 (LGS)
              -against-                        :
                                              :          ORDER
RUDDY OVALLE,                                 :
                              Defendant.       :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference currently scheduled for April 7, 2026,

is adjourned to **April 14, 2026, at 10:30 a.m.**

Dated: March 30, 2026
       New York, New York

_____
        **LORNA G. SCHOFIELD**
    **UNITED STATES DISTRICT JUDGE**