**LAW OFFICE OF GENESIS A. PEDUTO, ESQ.**
1265 15th Street, Suite PH E
Fort Lee, New Jersey 07024
Telephone: (201) 868-2240
Email: gpedutoesq@aol.com

November 18, 2026

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted. The sentencing hearing currently scheduled for December 1, 2026, is adjourned to **January 19, 2027, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **January 5, 2027**. The Government's submissions shall be filed by **January 8, 2027**. The Clerk of the Court is directed to terminate the letter motion at docket number 54.

Dated: November 23, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

***Re: United States v. Ruddy Ovalle, 25 Cr. 553 (LGS)***
***Consent Letter-Motion to Adjourn Sentencing and Extend Submission Deadline***

Dear Judge Schofield:

I represent Defendant Ruddy Ovalle in the above-referenced matter. I respectfully submit this letter-motion, with the Government's consent, requesting an adjournment of the sentencing hearing currently scheduled for December 1, 2026, at 11:00 a.m., and a corresponding extension of the deadline for Defendant's sentencing submissions.

Due to an unexpected family emergency requiring me to travel outside the United States, I have been unable to finalize Defendant's sentencing memorandum and supporting materials, including rehabilitation certificates and character letters. I respectfully request additional time to complete these submissions so that the Court may have a full presentation of the mitigating circumstances relevant to sentencing.

At Defendant's August 18, 2026, change-of-plea hearing, sentencing was initially scheduled for November 18, 2026. By scheduling order dated September 15, 2026, the Court subsequently set sentencing for December 1, 2026. The present application seeks a further adjournment. The undersigned is not aware of any prior defense application for an adjournment of sentencing.

I have conferred with Assistant United States Attorney Connie L. Dang, who has confirmed that the Government consents to the requested adjournment.

I understand that, given the Court's calendar, sentencing may need to be rescheduled for early 2027. I am available in the afternoon on January 4, 11, 19, or 25, 2027, should any of those dates be convenient for the Court.

Accordingly, I respectfully request that the Court adjourn the December 1, 2026, sentencing hearing to a date convenient for the Court in January 2027, and establish a revised deadline for Defendant's sentencing submissions and the Government's response.

I sincerely apologize for any inconvenience and appreciate the Court's consideration.

Respectfully submitted,

/S/ Genesis A.Peduto

**Genesis A. Peduto, Esq.**
Counsel for Defendant Ruddy Ovalle

cc: Connie L. Dang, AUSA (via ECF)